UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIETTA SARIBEKYAN, et al.,

Plaintiffs,

v.

MERRICK GARLAND, et al.,

Defendants.

Case No. 2:24-cv-3091-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 5)

Plaintiffs, proceeding with counsel, initiated this action by filing a complaint for Writ of Mandamus on November 7, 2024. (Doc. No. 1.) This matter was directly assigned to a United States Magistrate Judge under the court's automated case assignment plan. *See* Local Rules, Appendix A, subsection (m).

On August 21, 2025, the magistrate judge issued an order requiring that plaintiffs file a status report with the court and show cause in writing why this case should not be dismissed for failure to prosecute after noting that plaintiffs had taken no further action in the case since the filing of the complaint. (Doc. No. 4.) Although plaintiffs' counsel was served with that order, no response or other filing was received by the court from counsel within the time provided. Accordingly, on December 8, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute this action. (Doc. No. 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3–4.) Plaintiffs have not filed any objections to those findings and recommendations and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The December 8, 2025 findings and recommendations (Doc. No. 5) are ADOPTED IN FULL;
2. Plaintiffs' complaint is DISMISSED without prejudice due to plaintiffs' failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE